UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TRANSFORM SR BRANDS LLC,

Plaintiff,

v.

KOOLATRON CORPORATION,

Defendant.

Case No. 1:26-cv-07960-LGS

**NOTICE OF MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Transform SR Brands LLC ("TransformCo"), pursuant to 15 U.S.C. § 1116, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a), and upon the accompanying memorandum of law; proposed order; the Declarations of Matthew Robbins and Daniel H. Shulman, and accompanying exhibits, Plaintiff moves this Court for entry of a Temporary Restraining Order and a Preliminary Injunction to (1) prevent further erosion of this Court's exclusive jurisdiction over the present matter, and (2) prevent irreparable damage to TransformCo and its exclusive licensee.

A telephonic hearing on this motion will be held on **October 1, 2026 at 2:15 P.M.** The parties shall call (855) 244-8681 and enter the access code 3111938649. Defendant shall file any opposition by **September 30, 2026 at 12:00 P.M.**

The parties are directed to confer in advance of the hearing in an effort to reach a temporary resolution that would not necessitate a court order restraining Defendant. The hearing will be canceled if the parties reach a temporary resolution. So Ordered.

Dated: September 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2026

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ *Daniel H. Shulman*

David Rownd
drownd@vedder.com
1633 Broadway, 31st Floor
New York, New York 10019
Phone: +1 212 407 7700

Daniel H. Shulman (*pro hac vice*)
dshulman@vedder.com
Monika Malek (*pro hac vice*)
mmalek@vedder.com
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: +1 312 609 7500

*Attorneys for Plaintiff*