UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRANSFORM SR BRANDS LLC, Plaintiff, -against- KOOLATRON CORPORATION, Defendant. | : | 26 Civ. 7960 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 25, 2026, Plaintiff filed a motion for a temporary restraining order and a preliminary injunction. On September 30, 2026, Defendant filed papers in opposition, and Plaintiff subsequently sought leave to reply.

WHEREAS, on October 1, 2026, the Court held a hearing on Plaintiff's motion for a temporary restraining order. It is hereby

**ORDERED** that Plaintiff's motion for a temporary restraining order is **DENIED** for the reasons stated in the record. Plaintiff's motion for leave to file a reply memorandum in support of the motion for a temporary restraining order and preliminary injunction is **GRANTED** nunc pro tunc. It is further

**ORDERED** that an in-person hearing on Plaintiff's motion for a preliminary injunction will be held on **December 15, 2026 at 10:30 A.M** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. It is further

**ORDERED** that, by **October 7, 2026**, the parties shall file a joint letter proposing a schedule for any additional briefing and any discovery in advance of the hearing. The parties shall also state in the letter whether they request a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions or whether they intend to retain a private mediator. It is further

**ORDERED** that, by **December 1, 2026**, the parties shall file a joint letter identifying any witnesses to be called at the preliminary injunction hearing or otherwise proposing how the Court should resolve critical issues of fact pertinent to the motion, and estimating the approximate duration of the hearing.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 26.

Dated: October 1, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE