UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSFORM SR BRANDS LLC, Plaintiff, -against- KOOLATRON CORPORATION, Defendant. | 26 Civ. 7960 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 11, 2026, a telephonic conference was held. As discussed at the conference, it is hereby:

**ORDERED** that, as soon as possible, and by no later than **November 13, 2026**, Koolatron shall provide Transform and the Court (emailed to Chambers) an inventory list of KENMORE product currently in Koolatron's possession. Koolatron shall also provide: (1) Koolatron's cost for the total amount of remaining inventory, (2) of that total, the cost of inventory not contractually committed, (3) the estimated time necessary to sell and ship the remaining inventory and (4) the amount of the total remaining inventory that was ordered on or after August 25, 2026, the alleged termination date of the license agreement. It is further

**ORDERED** that, by **November 17, 2026**, the parties shall submit a joint letter regarding the status of mediation.

Dated: November 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE