LippesMathias LLP
ATTORNEYS AT LAW

November 18, 2026

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** ***Transform SR Brands LLC v. Koolatron Corporation*, No. 1:26-cv-07960 (LGS)**
Plaintiff's Discovery Deficiencies in Compliance to Court's Order

Dear Judge Schofield:

In response to the court's November 9th, 2026 order (Doc. 50), Koolatron Corporation ("Koolatron") submits the following:

Plaintiff has failed to respond to the court order, specifically:

> ORDERED that Defendant's application for additional damages disclosure is GRANTED IN PART and DENIED IN PART. For the purpose of the present expedited discovery in anticipation of the preliminary injunction hearing, Plaintiff shall provide any evidence that it has or will sustain harms that are not easily quantifiable.

Notwithstanding Defendant's request, Plaintiff has refused to supplement its response to explicitly inform Defendant of the harms Plaintiff alleges are not quantifiable.

In light of Plaintiff's delays, Defendant is unable to finish discovery to prepare its supplemental brief and to otherwise properly prepare for the preliminary injunction hearing. Therefore, Defendant respectfully requests this Court to enter the following order:

1. Denying the preliminary injunction motion pursuant to Rule 37(b)(2) due to Plaintiff's failure to obey this Court's discovery orders

2. Alternatively, pursuant to Rule 37(b)(2), stay this proceeding until this Court's orders are obeyed; and in such event and on such date running therefrom, adjourn all remaining dates in this Court's scheduling order (ECF No. 34) and the December 15, 2026 preliminary injunction hearing by 3 weeks in order to allow Defendant an adequate time to prepare its defenses.

Respectfully submitted,

**LIPPES MATHIAS LLP**

Brian C. Mahoney

Brian C. Mahoney, Esq.

For the reasons stated in Plaintiff's response letter at Dkt. No. 61, Defendant's application is **DENIED** as premature.

Dated: November 18, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Brian C. Mahoney** | Partner | bmahoney@lippes.com
50 Fountain Plaza, Suite 1700, Buffalo, NY 14202 **Phone:** 716.853.5100 **Fax:** 716.853.5199 **lippes.com**