UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSFORM SR BRANDS LLC, Plaintiff, -against- KOOLATRON CORPORATION, Defendant. | 26 Civ. 7960 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 19, 2026, a discovery conference was held. As discussed at the conference, it is hereby:

**ORDERED** that, Transform's application for a pre-motion conference and motion to compel is **GRANTED**. By **November 23, 2026, at 12:00 P.M.**, Koolatron shall make a substantial production of documents responsive to Request for Production Nos. 6, 12 14, 15, 17, 20 and 21. To the extent not reflected in its production, Koolatron shall also provide Transform with information regarding the employment status of the individuals identified in Request for Production No. 17. It is further

**ORDERED** that, for the preliminary injunction hearing scheduled for December 15, 2026, Transform and Koolatron are entitled to 2.5 hours and 2 hours, respectively, for their presentations. Regarding the testimony of Arun Kulkarni, if Transform calls Mr. Kulkarni, the testimony will begin with a direct examination by Koolatron. Transform may then cross examine Mr. Kulkarni (not limited by the scope of direct), and Koolatron will be permitted a limited period for any redirect. It is further

**ORDERED** that, by **December 8, 2026**, each party shall submit the direct testimony of any expert in the form of a declaration of no more than 4,000 words. The declaration shall

append as an exhibit the expert's report. At the hearing, the declaration will be deemed admitted, and the testimony of each expert will begin with cross examination.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 62.

Dated: November 20, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**